**Ole K. NILSSEN, Plaintiff,**

and

**Geo Foundation, Ltd., Plaintiff–Appellant,**

v.

**WAL–MART STORES, INC., Defendant–Appellee,**

and

**Costco Wholesale Corp., Defendant–Appellee,**

and

**Menard, Inc., Ace Hardware Corp., Truserv Corporation, and Home Depot, Inc., Defendants,**

and

**Lowe's Home Centers, Inc., Defendant–Appellee,**

and

**Ikea Illinois, LLC, Defendant–Appellee.**

No. 2010–1139.

United States Court of Appeals, Federal Circuit.

Aug. 22, 2011.

Leland W. Hutchinson Jr., Jonathan Hill, Freeborn & Peters, LLP, Chicago, IL, for Plaintiff–Appellant.

Anthony J. Fitzpatrick, Christopher S. Kroon, Duane Morris LLP, Gary William Smith, Posternak Blanstein & Lund, LLP, Boston, MA, Margaret M. Duncan, McDermott, Will & Emery, Kimball R. Anderson, Kathleen B. Barry, Aesha Pallesen, Winston & Strawn LLP, Chicago, IL, Bureden J. Warren, McDermott, Will & Emery, Washington, DC, for Defendants–Appellees.

**ON MOTION**

**ORDER**

Upon consideration of the parties' supplemental filings regarding *Therasense, Inc. v. Becton, Dickinson & Co.,* —— F.3d ——, 2011 WL 2028255 (Fed.Cir.2011),

It Is Ordered That:

(1) The stay of proceedings is lifted.

(2) The case will be placed on the next available oral argument calendar.

(3) The parties' supplemental briefings shall be transmitted to the merits panel assigned to the appeal.